ILND 450 (Rev. 04/29/2016)   Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

TORI VELA,

Plaintiff,

v.

H&R ACCOUNTS, INC.,

Defendant.

No. 22-cv-01332
Judge John F. Kness

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s);

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Court lacks jurisdiction and remands case, without prejudice, to the Circuit Court of Cook County, Illinois.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John F. Kness on Plaintiff's motion to remand (Dkt. 9).

Date: April 27, 2022

_____
JOHN F. KNESS
United States District Judge